*General Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon,* and *Reuben Goldberg* for respondent. ■

No. 209. UNITED STATES *v.* WATERHOUSE ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. Herman Phleger* and *A. G. M. Robertson* for respondents. ■

No. 211. STARK ET AL. *v.* WICKARD, SECRETARY OF AGRICULTURE. October 11, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Mr. Harry Polikoff* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge, Messrs. Kenneth L. Kimble, J. Stephen Doyle, Jr.,* and *Robert L. Stern,* and *Miss Margaret H. Brass* for respondent. ■

No. 265. MEDO PHOTO SUPPLY CORP. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Walter N. Seligsberg* and *William E. Friedman* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent. ■

No. 267. UNITED STATES *v.* SEATTLE-FIRST NATIONAL BANK. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit